In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-20-00241-CV
_____

JAMES EDWARD PARMER, Appellant

V.

CRYSTAL LYNN PARMER, Appellee

On Appeal from the 317th District Court
Jefferson County, Texas
Trial Cause No. C-227,740-B

MEMORANDUM OPINION

Appellant James Edward Parmer filed a motion to dismiss this appeal. This motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on June 23, 2021
Opinion Delivered June 24, 2021

Before Golemon, C.J., Kreger and Horton, JJ.